IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

CHUCKY EUGENE WILLARD,      )
                                    )
        Plaintiff,           )
                                    )
v.                            )     No. 1:13-cv-00044
                                    )
TERESA MATTOX and        )     Chief Judge Haynes
GILES COUNTY JAIL,         )
                                    )
        Defendants.      )

## O R D E R

Plaintiff, Chucky Eugene Willard, a prisoner or detainee at the Giles County Jail in Pulaski, Tennessee, filed a *pro se* action under 42 U.S.C. § 1983 (Docket Entry No. 1). Plaintiff also filed his application to proceed *in forma pauperis* (Docket Entry No. 2) that after review is **GRANTED**.

Pursuant to 28 U.S.C. § 1915(b), Plaintiff is nonetheless assessed the $350.00 civil filing fee. The Administrator of the Giles County Jail is **DIRECTED** to submit to the Clerk of Court, as an initial payment, the greater of: (a) 20% of the average monthly deposits to Plaintiff's credit at the jail; or (b) 20% of the average monthly balance to Plaintiff's credit for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(b) (1). Thereafter, the custodian shall submit 20% of Plaintiff's preceding monthly income (or income credited to Plaintiff for the preceding month), but only when Plaintiff's monthly income exceeds $10.00. 28 U.S.C. § 1915(b)(2). Payments shall continue until the $350.00 filing fee has been paid in full to the Clerk of Court. 28 U.S.C. § 1915(b)(3).

The Clerk of Court **MUST** send a copy of this order to the Administrator of the Giles County Jail to ensure compliance with that portion of 28 U.S.C. § 1915 pertaining to the payment

of the filing fee. If Plaintiff is transferred from his present place of confinement, the Administrator must ensure that a copy of this order follows Plaintiff to his new place of confinement, for continued compliance herewith. All payments made pursuant to this order must be submitted to the Clerk of Court for the Middle District of Tennessee.

In accordance with the Memorandum filed herewith, this action is **DISMISSED with prejudice** under 28 U.S.C. §§ 1915(e) and 1915A(a).

This is the Final Order in this action. Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

It is so **ORDERED**.

**ENTERED** this the $\underline{17}$ day of May, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court

Case 1:13-cv-00044   Document 5   Filed 05/17/13   Page 2 of 2 PageID #: 18